UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JAMES L. HOSKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No.: 3:17-cv-00030-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Plaintiff and Defendant have filed an Joint Stipulation of Dismissal with the Court following their successful settlement negotiation. [R. 9.] Accordingly, it is hereby **ORDERED** as follows:

The complaint against Portfolio Recovery Associates, LLC is **DISMISSED WITH PREJUDICE** as settled, with parties to pay their own costs and fees as agreed.

This the 12th day of June, 2017.

Gregory F. Van Tatenhove
United States District Judge

1